IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**IKE SHAUNDALE NUNN,**
**ADC #152571**                                                                                               **PLAINTIFF**

**V.**                 **CASE NO. 2:18-CV-137-JM-BD**

**DRUMMOND, et al.**                                                                                                   **DEFENDANTS**

## **ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Nunn's claims against the Arkansas Department of Correction are DISMISSED, with prejudice.

IT IS SO ORDERED, this 3rd day of December, 2018.

                                                                                             UNITED STATES DISTRICT JUDGE