IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

IKE SHAUNDALE NUNN,
ADC #152571　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　CASE NO. 2:18-CV-137-JM-BD

DRUMMOND, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, docket # 38, Mr. Nunn's response to the recommendation, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Nunn's claims against the Doe Defendants are DISMISSED, without prejudice. The Clerk is instructed to terminate the Doe Defendants as party Defendants to this lawsuit.

IT IS SO ORDERED this 21st day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE