IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

IKE SHAUNDALE NUNN,
ADC #152571                                                              PLAINTIFF

V.                          CASE NO. 2:18-CV-137-JM-BD

DRUMMOND, *et al*.                                                       DEFENDANTS

# ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Medical Defendants' motion for summary judgment (docket entry #29) is GRANTED. Mr. Nunn's claims against the Defendants Drummond and Stieve are DISMISSED, without prejudice, for lack of exhaustion of administrative remedies. The Clerk is instructed to terminate Defendants Drummond and Stieve as party Defendants.

IT IS SO ORDERED, this 19th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE