**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**IKE SHAUNDALE NUNN,**
**ADC #152571**                                                                         **PLAINTIFF**

**V.**                              **CASE NO. 2:18-CV-137-JM-BD**

**DRUMMOND,** *et al*.                                                           **DEFENDANTS**

## ORDER

The Court has received a recommendation from Magistrate Judge Beth Deere that

Mr. Nunn's motion for summary judgment be denied. The parties have not filed

objections. After careful review of the recommendation, the Court concludes that it

should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Nunn's motion for summary judgment (docket entry #54) is DENIED, this 9th

day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE