# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**IKE SHAUNDALE NUNN,**
**ADC #152571**                                                                              **PLAINTIFF**

V.                       CASE NO. 2:18-CV-137-JM-BD

**DRUMMOND,** *et al*.                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendants' motion to dismiss (docket entry #69) is GRANTED. Mr. Nunn's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 15th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE