IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**IKE SHAUNDALE NUNN,**
**ADC #152571**                                                                                   **PLAINTIFF**

**V.**                 **CASE NO. 2:18-CV-137-JM-BD**

**DRUMMOND,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE